[Filed May 3, 1888.]

# B. L. HENNESS, APPELLANT, v. MARY C. WELLS, RESPONDENT.

APPEAL FROM A JUSTICE OF THE PEACE—FILING NOTICE—PROOF OF SERVICE.—
Section 2119 of Hill's Code requires the notice of appeal to be filed with the justice,
"with the proof of service indorsed thereon." The filing of notice without such
proof of service is ineffectual for any purpose. (*Briney* v. *Starr*, 6 Or. 207,
approved and followed.)

APPEAL from Polk County. Affirmed.

*A. L. Frazier*, for Appellant.

*McCain & Hurley*, for Respondent.

PER CURIAM.—This action was originally commenced before
a justice of the peace in Polk County, where the defendant had
a judgment in her favor. The plaintiff undertook to appeal
from said judgment to the Circuit Court, but filed his notice of
appeal with the justice without any proof of service being
indorsed thereon. The attempted proof of service was placed on
the notice at least six days after the notice was filed. Upon
these facts the Circuit Court dismissed the appeal, from which
judgment this appeal is taken. *Briney* v. *Starr*, 6 Or. 207, is
decisive against the appellant.

The provisions of the Code construed in that case is in sub-
stance the same as the statute regulating appeals from Justices'
Courts, and there is no reason why the latter should not receive
the same construction as the former. Section 2119 of Hill's
Code requires the filing of the notice of appeal with the justice,
"with proof of service indorsed thereon."

The filing of such notice without the requisite proof of service
indorsed is ineffectual for any purpose.

Let the judgment be affirmed.